ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

APPROXIMATELY $73,212.71 SEIZED FROM PREFERRED BANK ACCOUNT NUMBER 23009403, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $13,738.24 SEIZED FROM PREFERRED BANK ACCOUNT NUMBER 23009438, HELD IN THE NAME OF WON IT ALL, INC.,

APPROXIMATELY $1,378,783.42 SEIZED FROM UBS AG ACCOUNT NUMBER GE 46907, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $177,373.94 SEIZED FROM UBS AG ACCOUNT NUMBER GE 52005, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $162,747.67 SEIZED FROM UBS AG ACCOUNT NUMBER GE 52140, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $256,401.37 SEIZED FROM UBS AG ACCOUNT NUMBER GE 53224, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $165,973.61 SEIZED FROM UBS AG ACCOUNT NUMBER GE 52285, HELD IN THE NAME OF RUN IT UP, INC.,

2:24-MC-00204-DAD-AC

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

1

APPROXIMATELY $420,006.99 SEIZED FROM UBS AG ACCOUNT NUMBER GE 49584, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $172,094.56 SEIZED FROM UBS AG ACCOUNT NUMBER GE 49595, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $246,917.35 SEIZED FROM UBS AG ACCOUNT NUMBER GE 53810, HELD IN THE NAME OF RUN IT UP, INC.,

APPROXIMATELY $255,662.78 SEIZED FROM UBS AG ACCOUNT NUMBER GE 51848, HELD IN THE NAME OF RUN IT UP, INC., AND

APPROXIMATELY $168,072.44 FROM THE SALE OF 1428 NEW BOLTON DRIVE, PORT ORANGE, FLORIDA.

> Defendants.

It is hereby stipulated by and between the United States of America and potential claimants Run It Up, Inc. and Won It All, Inc. ("claimants"), by and through their respective counsel, as follows:

1. On or about December 22 and 23, 2023, the U.S. Postal Inspection Service ("USPIS") seized the above-referenced defendant funds pursuant to Federal seizure warrants. On or about September 4, 2025, $168,072.44 from the sale of 1428 New Bolton Drive, Port Orange, Florida was transferred to the USPIS by agreement of the parties, as set forth in paragraph 12. The funds seized in 2023 and the $168,072.44 added in 2025 are referred to herein collectively as "the defendant funds."

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within one hundred and fifty days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 20, 2024.

3. By Stipulation and Order filed May 21, 2024, the parties stipulated to extend to June 20, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed June 20, 2024, the parties stipulated to extend to September

2

18, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed September 17, 2024, the parties stipulated to extend to December 17, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed December 23, 2024, the parties stipulated to extend to March 17, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed March 13, 2025, the parties stipulated to extend to June 16, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed June 16, 2025, the parties stipulated to extend to July 16, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. By Stipulation and Order filed July 16, 2025, the parties stipulated to extend to August 15, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10. By Stipulation and Order filed August 14, 2025, the parties stipulated to extend to September 15, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11. By Stipulation and Order filed September 15, 2025, the parties stipulated to extend to December 15, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12. By Stipulation and Order filed December 15, 2025, the parties stipulated to extend to

3

March 13, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13.    By Stipulation and Order filed March 12, 2026, the parties stipulated to extend to June 11, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 9, 2026, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15.    Further, the United States and claimant Aric Gastwirth ("Gastwirth") have agreed to include an additional defendant, approximately $128,087.24, which represents a portion of the net proceeds from the sale of 1428 New Bolton Drive in Port Orange, Florida ("Net Sale Proceeds"), which the United States alleges is forfeitable on the same grounds as the other defendant funds.

16.    Provided that Gastwirth does not oppose any future request from the United States to extend the time in which the United States is required to file a civil complaint for forfeiture against the Net Sale Proceeds, the United States and Gastwirth agree that the Net Sale Proceeds will be used to pay the following expenses related to the property located at 10309 Carolina Hills Avenue, Las Vegas, NV 89144, until such time as the Net Sale Proceeds are exhausted or judgment of forfeiture is entered against the Net Sale Proceeds: (1) United Wholesale Mortgage (senior position only) payments (including principal and interest); (2) homeowner's insurance payments, (3) and property tax payments (together, the "Property-Related Expenses").

17.    The parties further agree that the $128,087.24 in net proceeds shall be subject to the filing deadlines set forth herein, aligning all the defendant funds under a single filing cadence.

///

///

///

///

4

18.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to September 9, 2026.

Dated: 6/11/2026                                     ERIC GRANT
                                                     United States Attorney


                                          By:     /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney


Dated: 6/11/2026                                  /s/ Matthew Jacobs
                                                  MATTHEW JACOBS
                                                  Attorney for potential claimants
                                                  Run It Up, Inc. and Won It All, Inc.

                                                  (Signature authorized by email)


# ORDER


Pursuant to the stipulation of the parties and good cause appearing,
IT IS SO ORDERED.

Dated:   **June 11, 2026**                     _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time